## MID-TOWN LAW OFFICE, P.A.

*Rhonda C. Cooper, Attorney*
922 Woodrow Wilson Avenue (39213)
Post Office Box 74
Tougaloo, Mississippi 39174-0074
voice: (601) 354-2594 • facsimile: (601) 354-2577
rcooper@midtownlawoffice.com

ALSO ADMITTED IN TENNESSEE

May 16, 2024

Eddie Jean Carr
Chancery Clerk
Hinds County Chancery Court
316 South President Street
Jackson, Mississippi 39201
<u>VIA HAND DELIVERY</u>

Lure Berry
County Administrator
Hinds County, Mississippi
316 South President Street
Jackson, Mississippi 39201
<u>VIA HAND DELIVERY</u>

*RE: Aaron M. Griffin, deceased*
*Date of Detention: June 5, 2023; Date of Death: June 7, 2023*

Ms. Carr and Ms. Berry:

Pursuant to §11-46-11, Miss. Code of 1972, Annot., this correspondence serves as notice that our office has been retained by the family of Aaron M. Griffin, deceased, in connection with Mr. Griffin's June 7, 2023 death that followed his June 5, 2023 detention at the Hinds County Detention Center (HCDC).

Our investigation reveals that agents, staff, and personnel of the HCDC violated Mr. Griffin's constitutionally guaranteed rights under the Eighth Amendment of the U.S. Constitution when the HCDC failed to protect his health and safety and delayed in providing him reasonable and adequate medical care for the chronic kidney disease he had and of which the HCDC had knowledge throughout his detention.

Because of the acts and omissions of the HCDC, Mr. Griffin did not properly or timely receive the treatment his medical condition required. HCDC's deliberate indifference to Mr. Griffin's health was the proximate cause of his cardiac failure and death.

Pursuant to the requirements of the afore-mentioned statute, demand is hereby made to settle this claim for money damages within the jurisdictional limits of the Court in which this action will be [filed. Please immedia]tely direct this notice to Hinds County's insurance carrier [and acknow]ledge this notice of claim in writing to this office. Said [notice should include the] effective policy number, name, address, and telephone [number of the person who will han]dle this claim on behalf of the carrier, as well as all other [information needed to iden]tify the claim and carrier.

**Eddie Jean Carr**
CHANCERY CLERK

**ALISA BUTLER KIDD**
EXECUTIVE ASSISTANT

316 S. President Street
P.O. Box 686
Jackson, MS 39205-0686
601-968-6529
Fax 601-354-6961
email:akidd@co.hinds.ms.us

EXHIBIT "A"

Eddie Jean Carr  
Chancery Clerk  
May 16, 2024  
Page 2

Lure Berry  
County Administrator

If Hinds County is participating in a plan administered by the Mississippi Torts Claims Board in addition to or in lieu of coverage with a private carrier, you are instructed to notify the Board of this claim within five (5) days of your receipt of this notice.

Thank you,

*[signature]*

Rhonda C. Cooper  
/jcs

cc: Ms. Mary Griffin

*[handwritten notations and signatures at bottom: "Respective: 8/14/24 (90 days)" with signatures dated 5/16/24]*