**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**CARLEENA WAITS, ON BEHALF
OF THE WRONGFUL DEATH BENEFICIARY
OF AARON M. GRIFFIN, DECEASED**                        **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO. 3:24-CV-706-CWR-LGI**

**HINDS COUNTY, MISSISSIPPI;
QCHC OF MISSISSIPPI, LLC;
AND JANE/JOHN DOES 1-5; INDIVIDUALLY
AND IN THEIR OFFICIAL CAPACITIES**                           **DEFENDANTS**

## CORPORATE DISCLOSURE STATEMENT

Defendant QCHC of Mississippi, LLC ("Defendant"), by and through counsel, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7(c), file this its Corporate Disclosure Statement, as follows:

1. Defendant is a Mississippi limited liability company (LLC) qualified to do business in Mississippi. It is a single member LLC, whose only member is QCHC of America, Inc. QCHC of America, Inc. is an Alabama corporation with its principal place of business at 200 Narrows Parkway, Suite A, Birmingham, AL 35342.

2. No publicly-held corporation, either directly or indirectly, owns 10% or more of Defendant.

Dated this the 4th day of March, 2025.

                                                                  Respectfully submitted,

                                                                  **QCHC OF MISSISSIPPI, LLC**

                                                BY:      */s/ Charles E. Cowan*

CHARLES E. COWAN

**OF COUNSEL:**

Charles E. Cowan, MSB #104478
Wise Carter Child & Caraway, PA
401 E. Capitol Street, Suite 600 (39201)
Post Office Box 651
Jackson, Mississippi 39205-0651
Telephone: (601) 968-5500
Facsimile: (601) 968-5593
cec@wisecarter.com

Blayre Sanders, MSB #106862
Wise Carter Child & Caraway, PA
2510 14th Street, Suite 1125
Gulfport, MS 39501
Tel:   228-867-7141
Fax: 228-867-7142
jbs@wisecarter.com

## CERTIFICATE OF SERVICE

I, CHARLES E. COWAN, one of the attorneys for QCHC of Mississippi, LLC, do hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

Dated this the 4th day of March, 2025.

<em>/s/ Charles E. Cowan</em><br>CHARLES E. COWAN